DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLOS ISMAEL DELVALLE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3118

[March 31, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502017CF007017AXXXMB.

Carlos Ismael Delvalle, Defuniak Springs, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

Conner, C.J., Levine and Kuntz, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***